# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CHOPIN BIBESCO PAMPHILE,
ALIEN # A97-95-7006,

        Petitioner,

vs.                            **Case Number 4:06cv577-RH/WCS**

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING,
DAVID HARVEY, and the
DEPARTMENT OF
HOMELAND SECURITY

        Respondents.

_____/

## REPORT AND RECOMMENDATION

This case was initiated by the *pro se* Petitioner on December 21, 2006, doc. 1,

with the submission of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

At the time of case initiation, Petitioner did not pay the filing fee or submit an *in forma*

*pauperis* motion.  Thus, an order was entered on December 27, 2006, directing

Petitioner to either pay the filing fee or file the motion.  Doc. 3.  On January 3, 2007, that

order was returned to the Court with a stamp indicating Petitioner was "no longer" at the

Wakulla County Jail.  Doc. 4.

A telephone call was placed to officials at the Jail to determine Petitioner's current whereabouts and housing location.  Officials advised that Petitioner was removed to his native country of Haiti on December 27, 2006.  Accordingly, no further action need be taken on this case as Petitioner appears to have been granted the relief he sought - release from detention.[1]  Because officials at the Wakulla County Jail advise that Petitioner has now been removed to Haiti, this petition is moot.  Additionally, because neither the filing fee nor *in forma pauperis* motion was submitted, this case could appropriately be administratively closed because it has not technically commenced pursuant to N.D. Fla. Loc. R. 5.1(H).

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Chopin Bibesco Pamphile**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 5, 2007.


 s/      William C. Sherrill, Jr.           
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The petition, which was not signed by Petitioner, asserted he was ordered removed on January 25, 2006, and had been in custody since that date.  Doc. 1, p. 1. Petitioner advised he was a 26-year old native and citizen of Haiti.  *Id.* at 3.  He sought only release from detention and did not challenge the order of removal.

## <u>NOTICE TO THE PARTIES</u>

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.