# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHOPIN BIBESCO PAMPHILE,

    Petitioner,

v.                                      CASE NO. 4:06cv577-RH/WCS

ALBERTO GONZALES, et al.,

    Defendants.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot, petitioner having already been released from detention.

SO ORDERED this 19th day of February, 2007.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge